> **IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov.   IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JAMIE KAIPUST, Special Administrator, et al.   )   Case Number: 8 : 22 CV 143
                                               )
            Plaintiff,                         )
                                               )
       v.                                      )   **CONSENT TO EXERCISE**
                                               )   **OF JURISDICTION BY A**
                                               )   **UNITED STATES MAGISTRATE JUDGE**
CRITICAL SUPPLY SOLUTIONS, et al.              )   **AND**
                                               )   **ORDER OF REFERENCE**
            Defendant                          )

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| /s/ Eric R. Chandler | For | Jamie Kaipust | 07/28/25 |
| /s/ Daniel F. Church | For | Critical Supply Solutions, Inc. | 07/28/25 |
| /s/ Daniel F. Church | For | Yorkwind Crawford | 07/28/25 |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable  Jacqueline M. DeLuca  , United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

July 28, 2025                                     /s/ Susan M. Bazis
      Date                                        United States District Judge