IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., Deceased, and Special Administrator of the Estate of Taylor R. Kaipust, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD,<br><br>Defendants. | 8:22CV143<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion to Continue Trial. Filing No. 60.

Accordingly,

IT IS ORDERED:

1) The jury trial of this case currently set for September 15, 2025 is <u>continued</u> and is now set to commence before Jacqueline M. DeLuca, United States Magistrate Judge in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **May 4, 2026**, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial. **No further trial continuances will be considered**.

1

2)     The Pretrial Conference currently scheduled for August 20, 2025 is <u>continued</u> and is now scheduled to be held before the undersigned magistrate judge on **April 16, 2026** at 1:00 p.m., and will be conducted by internet conferencing. Counsel shall use the internet conferencing instructions at Filing No. 52 to participate in the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on April 9, 2026.

3)     Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 30th day of July, 2025.

                                        BY THE COURT:

                                        *s/ Jacqueline M. DeLuca*

                                        United States Magistrate Judge