IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the ESTATE OF MARK S. KAIPUST, JR., deceased, and Special Administrator of the ESTATE OF TAYLOR R. KAIPUST, deceased,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>CRITICAL SUPPLY SOLUTIONS, INC. and YORKWIND CRAWFORD,<br><br>    Defendants. | **8:22CV143**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation for Dismissal. Filing No. 69. The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice, and without award of costs or fees to any part.


Dated this 30th day of June, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

1